**Motion Granted; Order filed April 3, 2014**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-14-00080-CV

————————

**WILMA REYNOLDS, Appellant**

**V.**

**DAVID REYNOLDS, Appellee**

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48170-K**

## O R D E R

On March 10, 2014, appellant filed a motion to transfer *in camera* documents to this court in a supplemental clerk's record. The motion is granted. The following documents were submitted to the trial court for *in camera* review, but were not included in the clerk's record filed February 24, 2014:

• David Reynolds' (Unredacted) Limited Partnership Agreement for Quantlab Trading Partners US, LP;

• Written Agreement between Quantlab Trading Partners US, LP and Quantlab Trading Partners, LP;

• 2009 and 2010 Audited Financial Statements for Quantlab Trading Partners US, LP; and

• 2009 and 2010 Audited Financial Statements for Quantlab Trading Partners, LP.

The Brazoria County District Clerk is directed to file **under seal** a supplemental clerk's record on or before April 30, 2014, containing the above-listed documents. The record will remain sealed in this court for the purpose of *in camera* review. Parties will not be granted access to the sealed record.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Busby and Brown (Chief Justice Frost would deny appellant's motion).